```
FILED ____   LODGED ____
RECEIVED ____   COPY ____

JUN 29 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

KEVIN C. HAKALA
Assistant United States Attorney
Colorado State Bar No. 41335
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.hakala@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Kelly Pichardo<br>(Counts 1 and 2)<br><br>2. Leeza S. Rodriguez<br>(Counts 1 and 3)<br><br>Defendants. | No.  CR-21-00494-PHX-DWL (MTM)<br><br>**INDICTMENT**<br><br>VIO: 49 U.S.C. § 46504<br>(Interference with Flight Crew Member)<br>Count 1<br><br>18 U.S.C. § 113(a)(5)<br>and 49 U.S.C. § 46506(1)<br>(Simple Assault)<br>Counts 2 and 3 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 24, 2021, within the jurisdiction of the District of Arizona, defendants, KELLY PICHARDO and LEEZA S. RODRIGUEZ, while on American Airlines Flight 776, an aircraft en route from Dallas, Texas, to Los Angeles, California, and within the special aircraft jurisdiction of the United States, did knowingly interfere with and lessen the ability of M.W., a flight crew member of the aircraft, to perform M.W.'s duties, by assaulting M.W. while the aircraft was in flight.

In violation of Title 49, United States Code, Section 46504.

**COUNT 2**

On or about February 24, 2021, within the jurisdiction of the District of Arizona, defendant, KELLY PICHARDO, while on American Airlines Flight 776, an aircraft en route from Dallas, Texas, to Los Angeles, California, and within the special aircraft jurisdiction of the United States, did assault S.W., a passenger on American Airlines Flight 776, by willfully and intentionally touching and making physical contact with S.W. in an offensive manner without justification or excuse.

In violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506(1).

**COUNT 3**

On or about February 24, 2021, within the jurisdiction of the District of Arizona, defendant, LEEZA S. RODRIGUEZ, while on American Airlines Flight 776, an aircraft en route from Dallas, Texas, to Los Angeles, California, and within the special aircraft jurisdiction of the United States, did assault R.P., a passenger on American Airlines Flight 776, by willfully and intentionally touching and making physical contact with R.P. in an offensive manner without justification or excuse.

In violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506(1).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: June 29, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/

KEVIN C. HAKALA
Assistant U.S. Attorney